# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

STEVE WELLEIN,

    *Plaintiff*

v.      Civil Action No.  2:15-CV-107-SMJ

WAL-MART STORES, INC., a Washington Corporation,

    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Motion for Summary Judgment (ECF No. 28) is GRANTED.   All claims are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on a motion for Summary Judgment (ECF No. 28).

Date:  January 17, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer

    *(By) Deputy Clerk*

Virginia Reisenauer